## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 01-663-1 |
| v. | : | |
| | : | CIVIL ACTION |
| KEN COFFIE | : | NO. 16-3123 |
| | : | |

## ORDER

**AND NOW**, this 9th day of August 2017, upon consideration of Defendant Ken Coffie's *motion to correct sentence under 28 U.S.C. 2255*, [ECF 67], all documents in support thereof, [ECF 72, 77], and the Government's opposition thereto, [ECF 74], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to correct sentence is **DENIED**, and no certificate of appealability shall issue.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*